# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

Civil Action No.: 3:17-CV-00375

MICHAEL J. NUTTER and
SANDRA M. NUTTER,
      Plaintiffs,

v.

LYNK INVESTMENTS, LLC,
      Defendants.

## ORDER

IN ACCORDANCE with the Certification and Report of Fed. R. Civ. P. 26(f) Conference and Discovery Plan, the pre-trial Order will be issued in two stages.

This Order stipulates the following:

**STAGE 1** – to begin immediately.

a. Written discovery under Fed R. Civ. P. 33, 34 and 36.

b. Discovery Limits:

    i. Maximum of 32 interrogatories by each party to any other party.

    ii. Maximum of 20 requests for admission by each party to any other party.

**STAGE 2** will proceed within 14 days of the filing of the Court's Order on Defendant's Motion to Dismiss Counts Four and Five. The parties will reconvene the Rule 26(f) conference to discuss further deadlines. Depositions and expert discovery shall not begin until Defendant's Motion to Dismiss Counts Four and Five has been resolved. The full pre-trial Order will be issued once the Stage 2 deadlines have been set and submitted to the Court.

**SO ORDERED.**

Signed: October 5, 2017

*/s/ Graham C. Mullen*

Graham C. Mullen
United States District Judge